JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., *et al.*<br><br>Defendants. | Case No.: 2:19-cv-08984-CJC-AGR<br>*Hon. Cormac J. Carney Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action, subject to any obligations of defense or indemnity among or between Defendants.

SO ORDERED.

Dated: January 3, 2020          By: _____
                                HON. CORMAC J. CARNEY
                                UNITED STATES DISTRICT JUDGE